## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLES MIMS, JR.,** | ) | |
| | ) | **8:04CV511** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **UNITED PARCEL SERVICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court following a telephone conference with counsel on October 3, 2005. The plaintiff was represented by Sheri E. Cotton and the defendant was represented by Daniel G. Wilczek and Alissa M. Raddatz. Ms. Cotton represented she would be seeking a stay of the proceedings due to a health condition of the plaintiff.

**IT IS ORDERED:**

1. Any motion to stay these proceedings shall be filed **on or before October 14, 2005**.

2. Defendant shall have to **on or before October 26, 2005**, in which to respond to such motion.

DATED this 4th day of October, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge