# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLES MIMS JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV511 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **UNITED PARCEL SERVICE,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel on March 17, 2006. Upon the representation that new counsel will appear for the plaintiff in approximately a week's time and that current counsel will seek to withdraw, the telephone planning conference is continued **to 10:00 a.m. on March 31, 2006**. Counsel for the defendant shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 17th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge