# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLES MIMS, JR.,** | ) | |
| | ) | **8:04CV511** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **UNITED PARCEL SERVICE,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on following a telephone conference with counsel on March 31, 2006.  Upon the representation that new counsel will appear for the plaintiff in approximately a week's time and that current counsel will seek to withdraw, the telephone planning conference is continued to **9:00 a.m. on April 19, 2006**.  Counsel for the plaintiff shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 31st day of March, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge