# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES MIMS, JR., ) | |
| ) | 8:04CV511 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED PARCEL SERVICE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of Sheri E. Long Cotton to withdraw as counsel for the plaintiff (Filing No. 34). Ms. Cotton states she has employment in another state. New counsel has entered an appearance for the plaintiff. **See** Filing No. 32. The court finds good cause shown for the withdrawal of Ms. Cotton as counsel for the plaintiff pursuant to NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion to withdraw (Filing No. 34) is granted.

2. The Clerk of Court shall stop all electronic notices to Sheri E. Long Cotton regarding this case.

DATED this 8th day of May, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge