# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLES MIMS, JR.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:04CV511 |
| vs. | ) | |
| | ) | ORDER |
| **UNITED PARCEL SERVICE** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon the oral request of counsel for the defendant and with said counsel's representation that no other party objects to the request, the **pretrial conference** previously scheduled for March 26, 2007, at 11:00 a.m. is hereby **rescheduled back to March 21, 2007 at 1:30 p.m.**

DATED this 6th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge